RICHARD C. JOHNSON (SBN 40881)
JULIE A. OSTIL (SBN 215202)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
jostil@sjlawcorp.com
sbabu@sjlawcorp.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>EAGLE PEAK ROCK & PAVING INC., et al.,<br><br>  Defendants. | Case No.:  CV 12-0804 JCS<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ALL RELATED DEADLINES; [PROPOSED] ORDER THEREON**<br><br>Date:  June 1, 2012<br>Time:  1:30 p.m.<br>Courtroom G, 15th Floor<br>Judge: The Honorable Joseph C. Spero |

Pursuant to Fed. R. Civ. P. Rule 6(b) and Civ. L.R. 6.1, the parties hereby stipulate as follows:

This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended by the Multiemployer Pension Plan Amendments Act of 1980 (29 U.S.C §§1001-1461 (1982)), to recover withdrawal liability amounts owed by Eagle Peak Rock & Paving Inc. ("Eagle Peak Paving") to Plaintiffs Pension Trust Fund for Operating Engineers, F.G. Crosthwaite, and Russell E. Burns ("Plaintiffs").

On February 17, 2012 Plaintiffs filed a Complaint in this matter. Docket 1. Service was effectuated on Defendants Eagle Peak Paving and Eagle Peak Rock Administration, Inc. ("Eagle Peak Administration") on March 5, 2012. Docket 9-10. On April 18, 2012 an Answer to

1  Complaint was filed on behalf of all listed Defendants, Eagle Peak Paving, Eagle Peak
2  Administration, and Anthony Glen Cruse (collectively "Defendants").  Docket 7.

3  Since the filing of the Answer, the parties have engaged in settlement discussions through
4  their respective attorneys.  As part of those settlement discussions, defendants have produced
5  voluminous financial records which plaintiffs' counsel is in the process of reviewing.

6  The parties believe that the case may be able to be settled and wish to avoid incurring
7  additional attorneys' fees and avoid inefficient use of the Court's time.  Therefore, the parties
8  request and stipulate that the Case Management Conference and all related deadlines be continued
9  by approximately 60 days, to a date convenient for the Court's calendar, in order to allow the
10 parties to explore the possibility of an early settlement.

11 Parties hereby stipulate that the Case Management Conference currently on calendar for
12 June 1, 2012, 1:30 p.m., and all related deadlines, including ADR deadlines, be continued for 60
13 days.

14 Dated: May 10, 2012                SALTZMAN & JOHNSON LAW CORPORATION

15                                    By:  _____/s/_____
                                           Julie A. Ostil
16                                         Attorneys for Plaintiff

17 Dated: May 10, 2012                 Law Offices of Michael W. Jansen

18                                    By:  _____/s/_____
                                           Michael W. Jansen
19                                         Attorneys for Defendants___

20                                         **ORDER**

21 IT IS SO ORDERED.

22 Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case
23 Management Conference is hereby continued to   July 27, 2012   at 1:30 p.m. All related
24 deadlines, including ADR deadlines, are extended accordingly.

25

26 Date: __5/10/12_____    _____
                                     THE HONORABLE JOSEPH C. SPERO
27                                   UNITED STATES DISTRICT COURT MAGISTRATE
28

-2-
**STIPULATION TO CONTINUE CMC; [~~PROPOSED~~] ORDER THEREON**
P:\CLIENTS\OE3WL\CASES\Eagle Peak Rock & Paving\CMC\Stipulation to Continue CMC 051012.DOC        **Case No.:  CV 11-3685 JCS**