LAW OFFICES OF

# MICHAEL W. JANSEN

1301 COLLEGE STREET
WOODLAND, CA 95695

(530) 668-7600
Fax (530) 668-7640

July 16, 2012

Honorable Judge Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102-3489

**Re:** *Pension Plan vs. Eagle Peak Rock & Paving, Inc.*
**Case No.:** *CV 12-00804 JCS*

Dear Judge Spero:

Please allow this correspondence to serve as a request for telephonic appearance for the upcoming Case Management Conference, currently on calendar for July 27, 2012 at 1:30 p.m., for the above-entitled matter.

Counsel for Eagle Peak will be available for telephonic appearance on the scheduled date and time and can be reached at (530) 668-7600.

Thank you for your consideration. If you have any questions please call me at 530-668-7600.

Sincerely,

Michael W. Jansen

IT IS HEREBY ORDERED THAT Mr. Jansen shall be on phone standby beginning at 1:30 pm and await the Court's call.

Dated: July 17, 2012.

IT IS SO ORDERED
AS MODIFIED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA